UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
PHILADELPHIA DIVISION

| | |
|---|---|
| In re:<br><br>Suzanne G Paparo<br>    Debtor<br><br>Mortgage Assets Management, LLC<br>    Movant<br><br>v.<br><br>Suzanne G Paparo<br>    Debtor/Respondent<br>KENNETH E. WEST, Esquire<br>    Trustee/Respondent | Bankruptcy No. 23-12439-mdc<br><br>Chapter 13 |

**ORDER OF COURT**

AND NOW, this 4th day of January, 2024, upon consideration of Mortgage Assets Management, LLC's Motion for Relief from Automatic Stay, pursuant to 11 U.S.C. § 362(d), any response thereto and that it is not necessary for an effective reorganization, it is hereby

ORDERED, that the automatic stay provisions of Section 362 of the Bankruptcy Code are hereby unconditionally terminated with respect to Mortgage Assets Management, LLC; and it is further

ORDERED, that Mortgage Assets Management, LLC, its successors and/or assignees be entitled to proceed with appropriate state court remedies against the property located at 228 Hawthorne Road Morton, PA 19070, including without limitation a sheriff's sale of the property, and it is further

23-12439-mdc
23-143656
MFR

ORDERED that Mortgage Assets Management, LLC's request to waive the 14-day stay period pursuant to Fed.R.Bankr.P. 4001(a)(3) is granted.

BY THE COURT

_____
Hon. Magdeline D. Coleman
U.S. Bankruptcy Court Judge